The Adirondack Trust Company, Respondent, v. Jesse Stiles, Impleaded with Citizens National Bank of Saratoga Springs, N. Y., and Others, Appellants.— Judgment unanimously affirmed, with costs.

May Weaver Barnes, Respondent, v. Alice G. Hagar and Luther Hagar, Appellants.— Judgment unanimously affirmed, with costs.

William O. Clark, Respondent, v. Grace M. Grosh and Others, Impleaded with Dennis B. Lucey, as Trustee in Bankruptcy of Roswell P. Matteson, and John N. Moore, Respondents, and Roswell P. Matteson, Appellant.— Interlocutory judgment affirmed, with costs. All concurred.

Thurlow W. Cleveland, Respondent, v. Elmira, Corning and Waverly Railway, Appellant.— Judgment and order unanimously affirmed, with costs.

Benjamin C. Clearmont, Appellant, v. Clinton Riley and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, upon the ground that the sufficiency of the defense cannot be tested by motion to strike out as irrelevant (*Tierney* v. *Helvetia-Swiss Fire Ins. Co.*, 129 App. Div. 694). All concurred.

Norman T. Drake and Another, as Executors, etc., of J. Edward Howland, Deceased, Respondents, v. Fred D. Howland, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William E. Dougherty v. The Norwich Gas and Electric Company. — Motion denied.

Cora D. Gale, as Administratrix, etc., of Harry Gale, Deceased, v. The Cortland County Traction Company and New York Telephone Company. — Motion denied.

George L. Jaquish, Appellant, v. George W. Kelly and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Howard, J., who dissented.

Isadore S. Joseph, Appellant, v. Aai Guernsey, Respondent.— Interlocutory judgment reversed, with ten dollars costs and disbursements, upon the authority of *Stroock Plush Co.* v. *Talcott* (129 App. Div. 14) and demurrer sustained, without costs. All concurred.

Ora Judd v. The New York Central and Hudson River Railroad Company.— Motion denied.

John J. Kinsella and Helen B. Kinsella, Respondents, v. Mary M. Hamm, Appellant.— Judgment unanimously affirmed, with costs.

Elizabeth McAuliff and Others, Infants, by Elizabeth McAuliff, Their Guardian ad Litem, Appellants, v. Charles Davis, Respondent.— Judgment and order unanimously affirmed, with costs.

Albert Mathews, Respondent, v. Fred Hill, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Gertrude Mattison, as Administratrix, etc., Respondent, v. Boston and Maine Railroad, Appellant.— Judgment and order unanimously affirmed, with costs.